No. 03–5110. RAMSEY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–5111. DIAZ-DIAZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5112. CRESPO *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 03–5113. BROWN *v.* LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 03–5114. ASHE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5115. KENNEY *v.* FANELLO, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 03–5116. KIPLINGER *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5117. JOHNS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–5119. MINOR *v.* MICHIGAN. Cir. Ct. Wayne County, Mich. Certiorari denied.

No. 03–5120. MITCHELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5123. BROOKS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5124. BUCHANAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–5125. BISHOP *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–5126. BLACKWELL *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–5127. BURLEIGH *v.* UTAH BOARD OF PARDONS AND PAROLE. C. A. 10th Cir. Certiorari denied.